**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 01-1074**

————————

NICHOLAS ANTONIO CROCETTI,

Petitioner,

versus

CERES MARINE TERMINALS, INCORPORATED; DIREC-
TOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS,
UNITED STATES DEPARTMENT OF LABOR,

Respondents.

————————

On Petition for Review of an Order of the Benefits Review Board.
(00-297)

————————

Submitted:  June 29, 2001          Decided:  July 16, 2001

————————

Before WIDENER, MICHAEL, and KING, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Michael C. Eisenstein, Baltimore, Maryland, for Petitioner.  James
M. Mesnard, SEYFARTH SHAW, Washington, D.C., for Respondents.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nicholas Antonio Crocetti seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award and computation of benefits pursuant to the Longshore and Harbor Workers Compensation Act, 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Crocetti v. Ceres Marine Term., No. 00-297 (BRB Nov. 29, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2